UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PRICE THOMAS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SONOMA, et al., <br><br> Defendants. | Case No. 17-cv-00245-LB <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/12/2017, I SERVED a true and correct copies of the attached, by placing said copies in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copies into an inter-office delivery receptacle located in the Clerk's office.

Gary Price Thomas & M. N. Thomas
2423 McBride Lane #6
Santa Rosa, CA 94503

Dated: 6/12/2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Liz Noteware, Deputy Clerk